IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DR. MILOS JIRICKO,<br><br>    Plaintiff,<br><br>v.<br><br>FRANKENBURG JENSEN LAW FIRM;<br>JENIFER M. BRENNAN, lawyer, and<br>CAROLYN STEVENS JENSEN, lawyer,<br><br>    Defendants. | **ORDER DENYING MOTION TO STRIKE (ECF NO. 96) & REPORT AND RECOMMENDATION REGARDING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' INADMISSIBLE EVIDENCE (ECF NO. 96)**<br><br>Civil No. 2:16-cv-00132-DB-EJF<br><br>District Judge Dee Benson<br><br>Magistrate Judge Evelyn J. Furse |

  Plaintiff Milos Jiricko ("Dr. Jiricko") moves the Court[1] to strike the alleged inadmissible evidence that the Frankenburg Jensen Law Firm, Jenifer M. Brennan, and Carolyn Stevens Jensen (collectively, "the Frankenburg Defendants") submitted in support of their Motion for Summary Judgment and the Motion itself (ECF No. 96). (Mot. to Strike the Frankenburg Defs. Summ. J. ("Mot."), ECF No. 96.) The Court DENIES Dr. Jiricko's Motion to Strike the Motion for Summary Judgment because the Federal Rules of Civil Procedure ("Rules") and Local Rule DUCivR 7-1(b)(1)(B) do not permit motions to strike in this context.

  Because Dr. Jiricko proceeds pro se, the undersigned interprets his Motion to Strike one of the exhibits as an evidentiary objection to the Frankenburg Defendants

---

[1] On April 8, 2016, District Judge Dee Benson referred this case to the undersigned Magistrate Judge under 28 U.S.C. § 636(b)(1)(B). (ECF No. 15.)

1

submission under DUCivR 7-1(b)(1)(B).  As such, the undersigned RECOMMENDS the District Judge OVERRULE Dr. Jiricko's objection to Exhibit A to the Frankenburg Defendants' Summary Judgment Motion, (ECF No. 96).

Dr. Jiricko objects to Exhibit A to the Frankenburg Defendants' Summary Judgment Motion.  (Mot. 2, ECF No. 96.)  Exhibit A is an order from the Third District Court of Utah granting defendants' motion for summary judgment and dismissing case number 130907101 with prejudice in favor of the defendants.  (Dec. 18, 2015 Order, Exhibit A, ECF No. 87-1.)  Dr. Jiricko objects to this order because he claims the state court applied an unconstitutional statute when it dismissed his case.  (Mot. 2, ECF No. 96.)  Dr. Jiricko reasons that because the state court relied on an unconstitutional statute, the state court judge's resulting order "is <u>void and as such is inadmissible evidence</u> [that] must be stricken."  (<u>Id.</u>)

A federal court may take judicial notice of proceedings in other courts, "both within and without the federal system if those proceedings have a direct relation to matters at issue." <u>St. Louis Baptist Temple, Inc. v. F.D.I.C.</u>, 605 F.2d 1169, 1172 (10th Cir. 1979); Fed. R. of Evid. 201.   The undersigned finds the exhibit constitutes relevant evidence because it is the evidence that shows what the state court did and about which Dr. Jiricko complains.  (Mem. in Opp'n to Mot. to Strike Frankenburg Summ. J. Inadmissbile Evidence ("Opp'n") 4, ECF No. 104); Fed. R. of Evid. 401, 402.  Dr. Jiricko does not contest the authenticity of the document.  Dr. Jiricko's objection to the validity of the order is the basis for his suit but does not render the order inadmissable.  Therefore, the undersigned RECOMMENDS the District Judge deny Dr. Jiricko's Motion.

2

DATED this 5th day of February, 2018.

BY THE COURT:

_____
Evelyn J. Furse
United States Magistrate Judge